## (October 27, 1967)

In the Matter of LESLIE SILBERMAN, Individually and on Behalf of All Other Electors of the City of New York Similarly Situated, and as Chairlady of New York City Committee for an Immediate Withdrawal Referendum, et al., Appellants, v. HERMAN KATZ as City Clerk of the City of New York, et al., Respondents.

No opinion. Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.